**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1363**

DELOIS DANIELS,

       Plaintiff - Appellant,

   v.

JOHN M. MCHUGH, Secretary of the Army,

       Defendant - Appellee,

   and

PETE GEREN, Secretary of the Army,

       Defendant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:09-cv-00182-JFA)

Submitted: September 30, 2011     Decided: October 7, 2011

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Delois Daniels, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delois Daniels appeals the district court's order accepting the recommendation of the magistrate judge and denying her claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Daniels v. McHugh, No. 3:09-cv-00182-JFA (D.S.C. Mar. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED